**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Michael L. Fox (State Bar No. 173355)
michael.fox@sedgwicklaw.com
Jamison R. Narbaitz (State Bar No. 219339)
jamison.narbaitz@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendant
BRIT UW LIMITED
(sued as "Certain Underwriters at Lloyd's
Under Policy No. B0146LDUSA701030")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMBROSIO, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.   3:11-cv-04956-RS<br><br>**JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12, AND (2) FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE RELATING TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE** |
| MICHAEL ALVARADO, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO.   3:11-cv-04957-RS |

-1-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

| | | |
|---|---|---|
| 1 | WILLIAM JAMISON, *et al.*, | CASE NO. 3:11-cv-04958-RS |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, | CASE NO. 3:11-cv-5759-MEJ |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| 12 | | |
| 13 | | |
| 14 | Defendants. | |
| 15 | HENRY JAMES ANDERSON, *et al.* | CASE NO. 3:11-cv-5760-EDL |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, | CASE NO. 4:11-cv-5761-DMR |
| 23 | | |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 27 | | |
| 28 | Defendants. | |

-2-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-MEJ, by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery J. Swanson;

Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-EDL, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 4:11-cv-5761-DMR, by and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP; and

Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-RS; 3:11-cv-04958-RS; 3:11-cv-05759-MEJ; 3:11-cv-5760-EDL; and 4:11-cv-5761-DMR, by and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as follows:

The three actions filed by Plaintiffs William Ambrosio, *et al.*, Michael Alvarado, *et al.*, and William Jamison, *et al.* (collectively "the Related Cases") have been deemed related and are pending before the Honorable Richard Seeborg because all three concern substantially the same parties, events and request for relief, so assignment to separate judges would have involved unnecessary duplication of labor, cost and conflicting results. (ECF No. 13 in Case No. 3:11-cv-04956-RS.)

Similarly, the three actions filed by Plaintiffs Wood River Capital Resources, LLC, *et al.*, Henry James Anderson, *et al.*, and Roseville Capital Resources, LLC, *et al.* (collectively "the New Cases") were removed to the Northern District of California on November 30, 2011. All

-3-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

1 three of the New Cases concern substantially the same parties, events and request for relief as
2 each of the other New Cases and the Related Cases. Therefore, assignment to separate judges
3 would involve unnecessary duplication of labor, cost and conflicting results.

4     Therefore, the parties, by and through their counsel of record, stipulate that the New
5 Cases should be related to each other and to the Related Cases, with the earliest filed case,
6 pursuant to Civil L.R. 3-12.

7     Brit has already filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure
8 12(b)(6) and Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) in the Related
9 Cases, and those motions are currently set for hearing on January 5, 2012, at 1:30 p.m. (ECF No.
10 15 in Case No. 3:11-cv-04956-RS.) Brit anticipates filing similar motions in the New Cases no
11 later than December 7, 2011.

12     Plaintiffs and Brit desire to establish a single hearing date relating to Defendants'
13 Motions to Dismiss and Motions to Strike filed in the New Cases and the Related Cases, and to
14 establish a revised briefing schedule relating thereto, including the filing of coordinated and/or
15 joint opposition papers by Plaintiffs, to the extent possible, in order to eliminate unnecessary
16 duplication of labor and cost. The Court previously modified the briefing schedule and hearing
17 date in the Related Cases (ECF No. 15 in Case No. 3:11-cv-04956-RS), but further modification
18 should have no effect on the schedule for the cases.

19     / / /
20     / / /
21     / / /

22
23
24
25
26
27
28

1   Therefore, the parties, by and through their counsel of record, further stipulate, subject to
2   the Court's approval, that (1) Brit shall file its Motions to Dismiss and Motions to Strike in the
3   New Cases no later than December 7, 2011; (2) the hearing for the Motions to Dismiss and the
4   Motions to Strike filed in the six cases will be scheduled for February 2, 2012, at 1:30 p.m.; (3)
5   Plaintiffs' opposition papers to Brit's motions will be due January 3, 2012; and (4); and Brit's
6   reply papers will be due January 17, 2012.

7   IT SO STIPULATED.

9   DATED:  December 2, 2011          SEDGWICK LLP

10                                    By: */s/ Michael L. Fox*
11                                        Michael L. Fox
                                          Attorneys for Defendant
12                                        BRIT UW LIMITED
                                          (sued as "Certain Underwriters at Lloyd's
13                                        Under Policy No. B0146LDUSA701030")

14  DATED:  December 2, 2011          Law Office of George Donaldson

15                                    By: */s/ George Donaldson*
16                                        George Donaldson
                                          Attorneys for Plaintiffs
17                                        William Ambrosio, *et al.*,
                                          Case No. 3:11-cv-04956-RS

19  DATED:  December 2, 2011          Hornstein Law Offices

20                                    By: */s/ Val Hornstein*
21                                        Val Hornstein
                                          Attorneys for Plaintiffs
                                          William Jamison, *et al.*,
22                                        Case No. 3:11-cv-04958-RS

23
    DATED:  December 2, 2011          Law Offices of Jeffrey A. Feldman
24
                                      By: */s/ Jeffrey A. Feldman*
25                                        Jeffrey A. Feldman
                                          Attorneys for Plaintiffs
26                                        Michael Alvarado, *et al.*,
                                          Case No. 3:11-cv-04957-RS

-5-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

| | | |
|---|---|---|
| 1 | DATED:  December 2, 2011 | Law Offices of Jeffery J. Swanson |
| 2 | | By: */s/ Jeffery J. Swanson* |
| 3 | | Jeffery J. Swanson<br>Attorneys for Plaintiffs |
| 4 | | Wood River Capital Resources, LLC, *et al.*,<br>Case Number 3:11-cv-05759-MEJ |
| 5 | | |
| 6 | DATED:  December 3, 2011 | Law Offices of Richard S. Miller |
| 7 | | By: */s/ Richard S. Miller* |
| | | Richard S. Miller<br>Attorneys for Plaintiffs |
| 8 | | Henry James Anderson, *et al.*, |
| 9 | | Case No. 3:11-cv-5760-EDL |
| 10 | DATED:  December 2, 2011 | Cappello & Noel LLP |
| 11 | | |
| 12 | | By: */s/ Troy A. Thielemann*<br>Troy A. Thielemann |
| 13 | | Attorneys for Plaintiffs<br>Roseville Capital Resources, LLC, *et al.*,<br>Case No. 4:11-cv-5761-DMR |
| 14 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 7, 2011          By: _____
                                      The Honorable Richard Seeborg
                                 U.S. District Judge, Northern District of California

-6-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1